# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | CASE NO. 06-00311 |
| Norman Rodriguez Fernandez | Chapter 13 |
| Debtor(s) | |

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

**NOW APPEARS** petitioner WESCO Distribution Inc., SSN/EIN 25-1723345, 10146 Biscayne Bay Ln, Naples, FL 34120, through the undersigned counsel and respectfully request pursuant to Puerto Rico Local Bankruptcy Rule 3011 (b), states that on 08/18/2011, petitioner became entitled to receive $5,663.57 as distributions in the above-entitled case, and now appears on the records of this Court as the owner of said funds. The amounts requested are being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that it is entitled to receive the requested funds based upon Petitioner is the owner.

Petitioner submits with this petition the documentation attached in Exhibit A as proof of the Petitioner's identity and status, and the owner's claim entitlement.

Therefore, we inform the Court and the Trustee that Petitioner's postal address for the receipt of disbursement is the following: 35308 SE Center St., Snoqualmie, WA 98065.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing and requests that it enter an order directing payment of the unclaimed funds to the Petitioner, in accordance with the documents and information submitted in support of this petition.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 30th day of July, 2013.

**CERTIFICATION OF SERVICE:**

I hereby certify that the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

I hereby certify that on this date a true and correct copy has been served through regular mail to the debtor, debtor's attorney, the trustee, the United States Trustee and the United States Attorney at the addresses of record with this honorable Court if such are not registered in the use of the CM/ECF system.

**LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC**
*Attorney for Petitioner*
P. O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel.: (787) 522-6776
Fax: (787) 522-6777
E-mail: mpirillo@lsphlaw.com

By: s/ Eugenio Martín Pirillo Favot
Eugenio Martín Pirillo Favot
USDC-PR No. 219214

Exhibit A

# United States Bankruptcy Court
# District of Puerto Rico

Unclaimed Funds Query

| Unclaimed Funds | | | |
|---|---|---|---|
| **Case Number:** | 06-00311 | **Total:** | 5663.57 |
| **Debtor Name:** | NORMAN RODRIGUEZ FERNANDEZ | **Paid:** | 0.00 |
| **First Name:** | **Middle Name:** | **Balance:** | 5663.57 |
| Creditors | | | |
| **Last Name** | **First Name** | **Amount** | **Paid** |
| WESCO DISTRIBUTION INC. | | 5663.57 | |



**CARLTON-BATES**
A SUBSIDIARY OF WESCO DISTRIBUTION, INC.

WHAT YOU NEED. DELIVERED.

**Nick Layton**
Region Financial Services Manager
10146 Biscayne Bay Lane
Naples, FL 34120
Phone: 239.260.5081
Email: nlayton@wesco.com

July 23, 2013

To Whom It May Concern:

Please be advised that Wesco Distribution, Inc. closed all our offices in Puerto Rico in 2007. I was the Region Financial Services Manager when we made the commercial decision and all further communication should be directed to me.

Regards,

Nick Layton
Region Financial Services Manager

# Morningstar® Document Research℠

# FORM 424B3

## WESCO INTERNATIONAL INC - WCC

Filed: November 30, 2006 (period: )

Prospectus filed under Rule 424(b)(3)

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Table of Contents

Filed Pursuant to Rule 424(b)(3)
Registration No. 333-133422

PROSPECTUS

# $150,000,000

# WESCO Distribution, Inc.

## 7.50% Senior Subordinated Notes due 2017

We issued an aggregate principal amount of $150,000,000 of our 7.50% Senior Subordinated Notes due 2017 (the "exchange notes"), which have been registered under the Securities Act of 1933, as amended, on July 13, 2006 in exchange for an equal aggregate principal amount of our 7.50% Senior Subordinated Notes due 2017 (the "initial notes," and, together with the exchange notes, the "notes"), which were not registered under the Securities Act.

The notes will mature on October 15, 2017. Interest is payable on the notes on April 15 and October 15 of each year.

The notes are our senior subordinated obligations and rank equally with all of our unsecured senior subordinated indebtedness. Our obligations under the notes are guaranteed by WESCO International, Inc., our parent company, on an unsecured senior basis, but not by any of WESCO International's other direct or indirect subsidiaries.

This prospectus has been prepared for and is to be used in connection with resales by broker-dealers which received notes for their own respective accounts. Such sales will be made at prices related to prevailing market prices at the time of the sale. We will not receive any of the proceeds of such sales.

**For a discussion of certain risk factors you should consider before investing in notes, see "Risk Factors" beginning on page 13 of this prospectus.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined that this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

THE DATE OF THIS PROSPECTUS IS NOVEMBER 29, 2006.

Source: WESCO INTERNATIONAL INC, 424B3, November 30, 2006    Powered by Morningstar® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Table of Contents

## SUMMARY

*This summary provides an overview of selected information and does not contain all the information you should consider. Because this is only a summary, it may not contain all of the information that may be important to you in deciding whether to invest in notes. Before making an investment decision, you should carefully read this entire prospectus, including the financial data and information contained in this prospectus and the section of this prospectus entitled "Risk Factors."*

*Unless the context otherwise requires, in this prospectus, the terms "the Company," "we," "us," "our," "WESCO," and "WESCO Distribution" refer to WESCO Distribution, Inc., the issuer of the notes and a wholly owned subsidiary of WESCO International, Inc., and its subsidiaries; and "WESCO International" refers to WESCO International, Inc., the parent of WESCO Distribution and the guarantor of the notes. The principal asset of WESCO International is all of the outstanding capital stock of WESCO Distribution.*

Unless the context otherwise requires, in this prospectus, amounts shown do not reflect (i) the amendment and restatement of our revolving credit facility on November 1, 2006 to, among other things, increase the amount available to be borrowed under the revolving credit facility from $225 million to $440 million; (ii) the issuance by WESCO International of $300 million in aggregate principal amount of 1.75% Convertible Senior Debentures due 2026, or the guarantee thereof by us, on November 2, 2006; or (iii) the completion of our acquisition of Communications Supply Holdings, Inc. on November 3, 2006 or the related borrowings under our revolving credit facility and our accounts receivable securitization facility to fund a portion of the cash purchase price for the acquisition.

### WESCO Distribution, Inc.

With sales of $4.4 billion in 2005 and $3.9 billion in the nine months ended September 30, 2006, we are a leading North American provider of electrical construction products and electrical and industrial maintenance, repair and operating supplies, commonly referred to as "MRO." We believe we are the largest distributor in terms of sales in the estimated $74 billion* U.S. electrical wholesale distribution industry based upon published industry sources and our assessment of peer company 2005 sales. We believe we are also the largest provider of integrated supply services for MRO goods and services in the United States.

Our distribution capability combined with integrated supply solutions and outsourcing services are designed to fulfill a customer's MRO procurement needs. We have more than 365 full service branches and seven distribution centers located in the United States, Canada, Mexico, Puerto Rico, Guam, the United Kingdom, Nigeria, United Arab Emirates and Singapore. We serve approximately 100,000 customers worldwide, offering more than 1,000,000 products from more than 24,000 suppliers utilizing a highly automated, proprietary electronic procurement and inventory replenishment system. Our diverse customer base includes a wide variety of industrial companies; contractors for industrial, commercial and residential projects; utility companies; and commercial, institutional and governmental customers. Our top ten customers accounted for approximately 14% of our sales in 2005. Our leading market positions, experienced workforce, extensive geographic reach, broad product and service offerings and acquisition program have enabled us to grow our market position.

*Source: Electrical wholesale estimated industry sales per *Electrical Wholesaling (November, 2005)* based upon revised U.S. Census Bureau Survey segregating electrical wholesale vs. electrical retail sales. *Electrical Wholesaling's* 2004 estimated industry sales of $83 billion had aggregated $67 billion wholesale and $16 billion retail sales.

1

Source: WESCO INTERNATIONAL INC, 424B3, November 30, 2006 Powered by Morningstar® Document Research℠

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Case:06-00311-EAG13 Doc#:143 Filed:08/12/11 Entered:08/12/11 15:20:26 Desc: Main

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NORMAN RODRIGUEZ FERNANDE

LIZZETTE IGLESIAS FAJARDO

Debtor(s)

CASE NUMBER: 06-00311-MCF

CHAPTER 13

## TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

COMES NOW, ALEJANDRO OLIVERAS RIVERA, Standing Chapter 13 Trustee, and very respectfully states and prays:

The Trustee has in his possession funds destined for a creditor as detailed below:

WESCO DISTRIBUTION INC
PO BOX 8817
CAROLINA, PR 00988-8817

Check Amountt
$5,663.57

2. The Trustee holds the mentioned funds since creditor(s) failed to claim them. Once these funds are deposited with the Court, a final report and account will be filed.

WHEREFORE, for the reasons stated, it is respectfully requested from the Court to note the above and allow the deposit of these funds with the Clerk of the Court, by check number 2071137.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8/12/2011

CERTIFICATE OF SEVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using an ECF/CM System which sends notification of such filing to counsel for debtor(s) if an ECF/CM user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, postage prepaid, to the non an ECF/CM participants: debtor(s) and upon the above referred creditor(s) to their address(es) of record, if not an ECF/CM user.

/s/Alejandro Oliveras Rivera

Alejandro Oliveras Rivera
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
TEL. 787-977-3500
FAX 787-977-3521

2006-02-17 07:45

# CUSTOMER STATEMENT
### WESCO DISTRIBUTION INC.

Statement Date: 02/17/2006  
Branch No: 3828  
Customer No: 59350

Invoices Dated: From 01/01/1980 Thru 02/17/2006

382059350  
RODRIGUEZ, NORMAN, EE  
BOX 3342  
MAYAGUEZ,  
PR 00681

Please Remit To: WESCO DISTRIBUTION INC.  
P O BOX 8817  
CAROLINA, PR 00988-8817

| Date | Code | Invoice Number | Packing Slip No. | Br. No. | Cust. No. | Purchase Order Number | Discount Amount | Due Date Day/Mo. | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/29/2001 | 85 | 396986 | | 3828 | 59350 | COLINAS/LOS/ROBLES | | | 0.00 |
| 08/29/2001 | | 396988 | | 3828 | 59350 | FEDOR | | | 0.00 |
| 11/15/2001 | | 433635 | | 3828 | 59350 | HOGAR DE ANCIANOS | | | 61.24 |
| 11/15/2001 | | 433637 | | 3828 | 59350 | LOS ROBLES | | | 63.72 |
| 11/15/2001 | | 433698 | | 3828 | 59350 | LOS/ROBLES | | | 36.00 |
| 11/15/2001 | | 433700 | | 3828 | 59350 | LOS/ROBLES | | | 43.77 |
| 11/15/2001 | | 433703 | | 3828 | 59350 | VERSALLES | | | 60.00 |
| 11/16/2001 | | 434277 | | 3828 | 59350 | LOS/ROBLES | | | 118.00 |
| 11/16/2001 | | 434339 | | 3828 | 59350 | LOS ROBLES | | | 3,744.94 |
| 11/20/2001 | | 435466 | | 3828 | 59350 | LOS ROBLES 49032 | | | 224.17 |
| 11/21/2001 | | 435864 | | 3828 | 59350 | LOS ROBLES | | | 223.63 |
| 11/21/2001 | | 435866 | | 3828 | 59350 | LOS ROBLES | | | 243.28 |
| 11/21/2001 | | 435959 | | 3828 | 59350 | LOS/ROBLES | | | 54.81 |
| 11/26/2001 | | 437213 | | 3828 | 59350 | COLINAS DE LOS ROB | | | 74.26 |
| 11/26/2001 | | 437217 | | 3828 | 59350 | JOB:LOS ROBLES | | | 165.07 |
| 11/26/2001 | | 437235 | | 3828 | 59350 | JOB:RINCON | | | 131.84 |
| 11/26/2001 | | 437367 | | 3828 | 59350 | LOS ROBLES | | | 111.00 |
| 11/27/2001 | | 437698 | | 3828 | 59350 | LOS ROBLES | | | 42.00 |
| 11/27/2001 | | 438044 | | 3828 | 59350 | VERSALLES | | | 125.00 |
| 11/28/2001 | | 438496 | | 3828 | 59350 | CAMINO LOS ROBLES | | | 30.95 |
| 11/29/2001 | | 439039 | | 3828 | 59350 | LOS ROBLES 4 | | | 395.35 |
| 12/03/2001 | | 440316 | | 3828 | 59350 | LOS ROBLES | | | 109.47 |
| 12/03/2001 | | 440318 | | 3828 | 59350 | LOS VERSALLES | | | 302.95 |
| 12/03/2001 | | 440320 | | 3828 | 59350 | RINCON | | | 297.29 |
| 12/03/2001 | | 440374 | | 3828 | 59350 | LOS VERSALLES | | | 135.00 |
| 04/03/2002 | | 496151 | | 3828 | 59350 | | | | 296.18 |
| 05/03/2002 | | 511261 | | 3828 | 59350 | | | | 293.55 |
| 06/05/2002 | | 525087 | | 3828 | 59350 | | | | 271.35 |
| 07/03/2002 | | 539127 | | 3828 | 59350 | | | | 145.98 |
| 08/05/2002 | | 553879 | | 3828 | 59350 | | | | 142.05 |
| 09/05/2002 | | 569147 | | 3828 | 59350 | | | | 101.91 |
| 10/03/2002 | | 583084 | | 3828 | 59350 | | | | 101.91 |
| 11/05/2002 | | 601592 | | 3828 | 59350 | | | | 101.91 |
| 12/04/2002 | | 613863 | | 3828 | 59350 | | | | 101.91 |
| 01/08/2003 | | 625371 | | 3828 | 59350 | | | | 101.91 |
| 02/05/2003 | | 637050 | | 3828 | 59350 | | | | 101.91 |
| 03/05/2003 | | 651274 | | 3828 | 59350 | | | | 101.91 |
| 04/03/2003 | | 662591 | | 3828 | 59350 | | | | 101.91 |
| 05/05/2003 | | 672081 | | 3828 | 59350 | | | | 101.91 |
| 06/04/2003 | | 683011 | | 3828 | 59350 | | | | 101.91 |
| 07/03/2003 | | 694623 | | 3828 | 59350 | | | | 101.91 |
| 08/05/2003 | | 705431 | | 3828 | 59350 | | | | 185.00 |
| 08/13/2003 | | 708492 | | 3828 | 59350 | MICELANEOS | | | 101.91 |
| 09/04/2003 | | 718280 | | 3828 | 59350 | | | | |

2006-02-17 07:45

CUSTOMER STATEMENT
WESCO DISTRIBUTION INC.

| | | | | | | Statement Date<br>02/17/2006 | Branch No<br>3828 | Customer No<br>59350 | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Code | Invoice Number | Packing Slip No. | Br. No. | Cust. No. | Purchase Order Number | Discount Amount | Due Date Day\|Mo. | Balance |

Invoices Dated: From 01/01/1980 Thru 02/17/2006

| 10/06/2003 | | 731100 | | 3828 | 59350 | | | | 104.68 |
| 04/02/2004 | | 806135 | | 3828 | 59350 | | | | 104.68 |

TOTALS :  9,662.04

|  | | Past Due | | | |
|---|---|---|---|---|---|
| current | 30 days | 60 days | 90 days | 120 days | Over 120 days |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,662.04 |

Please Remit To: WESCO DISTRIBUTION INC.
P O BOX 8817
CAROLINA, PR  00988-8817